624

for the want of a final judgment. *Mr. A. A. Lilly* for petitioner. *Messrs. Whitwell W. Coxe, Joseph M. Sanders,* and *A. W. Reynolds* for respondent.

No. 721. CITY OF ROCKFORD *v.* LA PARR ET AL.; and
No. 811. LA PARR ET AL. *v.* CITY OF ROCKFORD. May 1, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David D. Madden* for the City of Rockford. *Messrs. R. P. Lichtenwalner* and *George P. Barse* for La Parr et al. Reported below: 100 F. 2d 564.

No. 738. GUMP *v.* CALIFORNIA ET AL. May 1, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *Edgar Roy Gump, pro se.* No appearance for respondents.

No. 754. TWENTIETH CENTURY BUS OPERATORS, INC., ET AL. *v.* UNITED STATES. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving E. Burdick* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, M. Joseph Matan,* and *W. Marvin Smith* for the United States.

No. 768. NATIONAL LIFE & ACCIDENT INSURANCE CO. *v.* HOLBROOK. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. N. Bonner* for petitioner. No appearance for respondent.